# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2154
_____

MICHAEL AVERY HOOKS with
Donyeal McCray as next friend,

> Appellant,

> v.

STATE OF FLORIDA, et al.,

> Appellees.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

December 18, 2023

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael Avery Hooks with Donyeal McCray as next friend, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellees.